# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**157**

**CA 13-00230**

PRESENT: SMITH, J.P., FAHEY, CARNI, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF DAVID ECHEVARRIA,
PETITIONER-APPELLANT,

V                                                                ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (KATE H. NEPVEU OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---

Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered September 20, 2012 in a proceeding pursuant to
CPLR article 78.  The judgment, among other things, denied the
petition.

It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Matter of Robles v Evans*, 100 AD3d 1455, 1455).

Entered:  February 7, 2014                      Frances E. Cafarell
                                                Clerk of the Court